IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RE: | CHAPTER 7 |
| SMITH, DAVID L., JR. | CASE NO. 17-67324-LRC |
| Debtor(s). | |

**TRUSTEE'S REJECTION OF APPOINTMENT**

Comes Kyle A. Cooper, Interim Trustee for the above-referenced estate and respectfully rejects this appointment because of a potential conflict of interest.

Dated: August 23, 2021.

Respectfully submitted,

/s/ Kyle Cooper
Kyle Cooper
Chapter 7 Trustee
GA Bar No. 425918

120 Travertine Trail
Alpharetta, GA 30022
(770) 687-2982