UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| DAVID L. SMITH, JR., | : | CASE NO. 17-67324-LRC |
| | : | |
| Debtor. | : | |
| | : | |

**TRUSTEE'S REJECTION OF APPOINTMENT**

Comes S. Gregory Hays, Interim Trustee for the above-referenced estate and respectfully rejects this appointment because of a potential conflict of interest.

Dated: September 3, 2021.

Respectfully submitted,

*/s/ S. Gregory Hays*
S. Gregory Hays
Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, NW, Ste 555
Atlanta, GA 30305
(404) 926-0060